FILED
NOV 29 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT     **SUPPRESSED**
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) No. |
| vs. | ) ) |
| FREDDIE FRANKLIN, | ) 4:23cr659-AGF/JSD |
| Defendant. | ) ) |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 22, 2023, within the Eastern District of Missouri,

**FREDDIE FRANKLIN,**

the defendant herein, did knowingly and intentionally distribute a controlled substance; to wit, cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about June 22, 2023, within the Eastern District of Missouri,

**FREDDIE FRANKLIN,**

the defendant herein, knowingly possessed ammunition, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the ammunition previously traveled in interstate or foreign commerce during or prior to being in defendant's possession of same.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about October 19, 2023, within the Eastern District of Missouri,

**FREDDIE FRANKLIN,**

the defendant herein, knowingly possessed ammunition, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the ammunition previously traveled in interstate or foreign commerce during or prior to being in defendant's possession of same.

In violation of Title 18, United States Code, Section 922(g)(1)

## COUNT FOUR

The Grand Jury further charges that:

On or about October 19, 2023, within the Eastern District of Missouri,

**FREDDIE FRANKLIN,**

the defendant herein, did threaten to assault Detective Daniel Moore, a federal task force officer with the Federal Bureau of Investigation, while he was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a), and punishable under Title 18, United States Code, Section 115(b)(4).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586(KY)
Assistant United States Attorney